UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 08, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALYSSA LYNNE NAKAMURA PRICE,

    Defendant.

Case No. 2:16-cr-00216-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALYSSA LYNNE NAKAMURA PRICE</u>,

Case No. <u>2:16-cr-00216-GEB</u> from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ _____

**X**   Unsecured Appearance Bond $ <u>25,000, co-signed by Karen Hops</u>

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

**X**   (Other): <u>Pretrial Services conditions.</u>

Issued at Sacramento, California on December 08, 2016 at \_\_\_2:24 pm\_\_\_

By: \_\_\_\_*/s/ C. Delaney*\_\_\_\_

Magistrate Judge Carolyn K. Delaney