HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
ALYSSA NAKAMURA PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-216 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| ALYSSA LYNNE NAKAMURA PRICE, | Date: January 13, 2017<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Alyssa Nakamura Price, that the status conference scheduled for January 13, 2017 be vacated and continued to February 24, 2017 at 9:00 a.m.

The reasons for the continuance are that defense counsel for Defendant Price is continuing to review the discovery in this case; is investigating the facts; and is conducting further legal research. To date, the Government has produced 225 pages of discovery. Defense counsel is continuing to review with due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of January 11, 2017, the date of the parties' stipulation, through and including February 24, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, Local Code T4 based upon defense

preparation. The parties further agree that: (1) the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

DATED: January 11, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　*/s/ Hannah R. Labaree*
　　　　　　　　　　　　　　　　　　　HANNAH R. LABAREE
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for ALYSSA NAKAMURA PRICE


DATED: January 11, 2017　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　　*/s/ Samuel Wong*
　　　　　　　　　　　　　　　　　　　SAMUEL WONG
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Stipulation/Proposed Order

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that time beginning from the parties' stipulation, January 11, 2017, up to and including February 24, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4).  **It is further ordered** the January 13, 2017 status conference shall be continued until February 24, 2017, at 9:00 a.m.

Dated:  January 11, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge