HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
ALYSSA NAKAMURA PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-216 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER FOR REQUEST TO TRAVEL |
| vs. | ) Hon. Carolyn K. Delaney |
| ALYSSA LYNNE NAKAMURA PRICE, | ) |
| Defendant. | ) |

The defendant, ALYSSA LYNNE NAKAMURA PRICE, is currently on pretrial release in this district. She has cosigned a $25,000 unsecured bond along with her mother, Karen Hops.

It is hereby stipulated and agreed between Plaintiff, United States Of America, through its counsel of record, Samuel Wong, Assistant United States Attorney, and the defendant, Alyssa Lynne Nakamura Price, through Assistant Federal Defender, Hannah R. Labaree, that Defendant's Special Condition of Release Number 6 be temporarily modified to permit her to travel out of the country for a family matter.

Specifically, the parties agree that special condition 6 be temporarily modified to enable Ms. Price to travel from Sacramento, CA to Cancun, Mexico from July 3, 2017 to July 10, 2017 for her brother's wedding. Pursuant to special condition of release number 6, Ms. Price's passport is in the possession of the Pretrial Services Office. The parties stipulate and agree that Ms. Price's temporary possession of her passport is appropriate and necessary to facilitate travel for the dates specified.

Stipulation and Order

During this trip Ms. Price will stay at the ME Cancun Resort in Quintana Roo, Mexico. Ms. Price's mother, the co-signer on Ms. Price's unsecured bond, will be present at the wedding. Ms. Price's brother, step-brother, grandparents, aunt, uncle, and cousin will also be present.

Ms. Price will provide the United States Attorney's Office and Pretrial Services with the flight information prior to her travel and will travel only on the flights specified therein.

On May 10, 2017, Ms. Price's Pretrial services officer informed defense counsel via telephone that Ms. Price is in compliance with her conditions.

Therefore, the undersigned are entering into this stipulation to request that the above-described temporary modification be made to Ms. Price's special conditions of pretrial release.

Respectfully submitted,

DATED: May 17, 2017     HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for ALYSSA LYNNE NAKAMURA PRICE

DATED: May 17, 2017     PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Numbers 6 for defendant, Alyssa Lynne Nakamura Price, requiring that her passport be turned over to the Pretrial Services Officer, be temporarily modified so to permit her to travel from Sacramento, CA to Cancun, Mexico from July 3, 2017 through July 10, 2017. The Pretrial Services Office is to directed to release Ms. Price's passport to allow her to travel for the dates specified.

Ms. Price shall provide the United States Attorney's Office and Pretrial Services with the flight information for this travel and shall travel only on those specific flights.

All other conditions of pretrial release shall remain in force.

**Dated: May 17, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Order