1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710

5  Attorney for Defendant
   ALYSSA NAKAMURA PRICE
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  2:16-cr-216 GEB
                                       )
11             Plaintiff,              )  STIPULATION AND [PROPOSED] ORDER TO
                                       )  AMEND DEFENDANT'S CONDITIONS OF
12  vs.                                )  PRETRIAL RELEASE
                                       )
13  ALYSSA LYNNE NAKAMURA PRICE,       )
                                       )  Judge: Hon. EDMUND F. BRENNAN
14             Defendant.              )
                                       )
15  _____   )

16        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

17  Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and

18  Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree,

19  attorney for Alyssa Nakamura Price, that the conditions of Ms. Price's pretrial release be

20  amended as recommended by her Pretrial Services officer, to add the following condition to the

21  existing conditions of her release (CR 6):

22        You shall participate in a cognitive behavior treatment program as directed by the pretrial
          services officer. Such programs may include group sessions led by a counselor or
23        participation in a program administered by the Pretrial Services office.

24  The parties request that the Court adopt this additional condition as memorialized in the

25  proposed order.

26

27

28

    Stipulation/Proposed Order

| | |
|---|---|
| 1 | DATED: June 21, 2017 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | DATED: June 21, 2017 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |

DATED: June 21, 2017                     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for ALYSSA NAKAMURA PRICE

DATED: June 21, 2017                     PHILLIP A. TALBERT
United States Attorney

By:   */s/ Samuel Wong*
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court ORDERS the following condition added to the existing terms of Ms. Price's Pretrial release:

> **You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.**

Dated: June 21, 2017

HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation/Proposed Order