| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| 6 | ALYSSA NAKAMURA PRICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-216 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR |
| | ) | REQUEST TO TRAVEL |
| vs. | ) | |
| | ) | Hon. Allison Claire |
| ALYSSA LYNNE NAKAMURA PRICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant, ALYSSA LYNNE NAKAMURA PRICE, is currently on pretrial release in this district. She has cosigned a $25,000 unsecured bond along with her mother, Karen Hops.

It is hereby stipulated and agreed between Plaintiff, United States Of America, through its counsel of record, Samuel Wong, Assistant United States Attorney, and the defendant, Alyssa Lynne Nakamura Price, through Assistant Federal Defender, Hannah R. Labaree, that Defendant's Special Condition of Release Number 6 be temporarily modified to permit her to travel out of the country between 9/1/2018 and 9/9/2018.

Specifically, the parties agree that special condition 6 be temporarily modified to enable Ms. Price to travel from Sacramento, CA to Cancun, Mexico from September 1, 2018 to September 9, 2018. Pursuant to special condition of release number 6, Ms. Price's passport is in the possession of the Pretrial Services Office. The parties stipulate and agree that Ms. Price's temporary possession of her passport is appropriate and necessary to facilitate travel for the dates specified.

Stipulation and Order

During this trip Ms. Price will stay at the Catalonia Royal Tulum Beach and Spa Resort in Tulum, Mexico.

Ms. Price will provide the United States Attorney's Office and Pretrial Services with the flight information prior to her travel and will travel only on the flights specified therein. Ms. Price shall report by telephone to her Pretrial Services officer on the day she departs the United States and within 24 hours after returning to the United States.

On July 23, 2018, Ms. Price's Pretrial Services officer informed defense counsel via telephone that Ms. Price is in compliance with her conditions and that she recently completed the Moral Reconation (MRT) program.

Therefore, the undersigned are entering into this stipulation to request that the above-described temporary modification be made to Ms. Price's special conditions of pretrial release.

Respectfully submitted,

DATED: July 23, 2018          HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Hannah R. Labaree*
                              HANNAH R. LABAREE
                              Assistant Federal Defender
                              Attorney for ALYSSA LYNNE NAKAMURA PRICE

DATED:  July 23, 2018         PHILLIP A. TALBERT
                              McGREGOR W. SCOTT
                              United States Attorney

                              By:  */s/ Samuel Wong*
                              SAMUEL WONG
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

Stipulation and Order

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Numbers 6 for defendant, Alyssa Lynne Nakamura Price, requiring that her passport be turned over to the Pretrial Services Officer, be temporarily modified so to permit her to travel from Sacramento, CA to Cancun, Mexico from September 1, 2018 through September 9, 2018, to stay in Tulum, Mexico at the Catalonia Royal Tulum Beach and Spa Resort. The Pretrial Services Office is to directed to release Ms. Price's passport to allow her to travel for the dates specified.

Ms. Price shall provide the United States Attorney's Office and Pretrial Services with the flight information for this travel and shall travel only on those specific flights. Ms. Price shall report by telephone to her Pretrial Services officer on the day she departs the United States and within 24 hours after returning to the United States.

All other conditions of pretrial release shall remain in force.

DATED: July 27, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order