UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALYSSA LYNNE NAKAMURA PRICE,<br><br>Defendant. | No. 2:16-cr-00216-MCE<br><br>**ORDER FOR RELEASE OF PASSPORT TO DEFENDANT** |

The Court orders the Clerk's Office of the District Court, Eastern District of California, to release the passport previously deposited in this case (receipt No. 508731463) to Ms. Price.

IT IS SO ORDERED.

Dated: December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1