McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00216-MCE |
|---|---|
| Plaintiff, | |
| v. | ORDER TO DISMISS SUPERSEDING INDICTMENT AGAINST DEFENDANT ALYSSA LYNNE NAKAMURA PRICE |
| ALYSSA LYNNE NAKAMURA PRICE, | |
| Defendant. | |

**ORDER**

Upon motion of the government, it is ORDERED that the Superseding Indictment against the defendant is dismissed.

IT IS SO ORDERED.

Dated: December 20, 2019

_____
Troy L. Nunley
United States District Judge

1